```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-05070-HWV
Jamie J. Atwood                                                     Chapter 13
Tammy J. Atwood
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi           Page 1 of 2            Date Rcvd: Jan 29, 2018
                             Form ID: ntcnfhrg         Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb        +Jamie J. Atwood,    Tammy J. Atwood,    100 Frost Road,    Gardners, PA 17324-9019
5000764       +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
5000765       +Adams Diagnostic Imaging,    20 Expedition Trail,    Suite 102,   Gettysburg, PA 17325-8599
5000766       +Advanced Disposal,    Shippensburg LC,    135 Vaughn Road,   Shippensburg, PA 17257-9727
5000767       +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
5000769        Bureau of Colecctions & Taxpayer S,    PO Box 281210,   Harrisburg, PA 17128-1210
5005736       +CARLISLE MEDICAL GROUP LLC C/O PASI,    PO BOX 188,   BRENTWOOD, TN 37024-0188
5000770       +Caine & Weiner,    12005 Ford Road,    Dallas, TX 75234-7262
5000772       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
5009684       +Cumberland County Tax Bureau,    21 Waterford Drive Suite 201,   Mechanicsburg, PA 17050-8268
5000774       +Cumberland Tax Collection Bureau,    21 Waterford Dr #201,   Mechanicsburg, PA 17050-8268
5000776       +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
5000777       +Geico,    One GEICO Plaza,    Washington, DC 20076-0005
5000778       +Lou Spivack, P.C.,    5447 E. 5th Street,    Suite 205,   Tucson, AZ 85711-2346
5000780        MetEd,    PO BOX 3687,    Akron, OH 44309-3687
5000800        Peerless Credit Services, Inc,    PO Box 518,    Middletown, PA 17057-0518
5000801        Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5000802       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
5000803        Snap-On Credit LLC,    P.O. Box 1125,    Libertyville, IL 60048-4125
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5000771        E-mail/Text: bmg.bankruptcy@centurylink.com Jan 29 2018 19:27:44     Century Link,
                PO Box 1319,    Charlotte, NC 28201-1319
5000775       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 29 2018 19:27:59
                Diversified Consultants, Inc.,    Diversified Consultants, Inc.,   Po Box 551268,
                Jacksonville, FL 32255-1268
5000779        E-mail/Text: camanagement@mtb.com Jan 29 2018 19:27:24     M & T Bank,    Po Box 844,
                Buffalo, NY 14240
5000781       +E-mail/Text: Bankruptcies@nragroup.com Jan 29 2018 19:28:12     National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
5000782       +E-mail/Text: bkrnotice@prgmail.com Jan 29 2018 19:27:38     Paragon Revenue Group,
                216 Le Phillip Ct Ne,    Concord, NC 28025-2954
5002324        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2018 19:27:27
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5000804       +E-mail/Text: bankruptcy@sw-credit.com Jan 29 2018 19:27:38     Southwest Credit Systems,
                4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 7
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5000768*      +Bureau of Accout Managment,    3607 Rosemont Ave Ste 502,   Po Box 8875,
                Camp Hill, PA 17001-8875
5000773*      +Commercial Acceptance,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
5000783*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000784*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000785*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000786*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000787*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000788*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000789*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000790*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000791*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000792*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000793*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000794*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000795*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000796*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000797*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000798*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000799*      +Paragon Revenue Group,    216 Le Phillip Ct Ne,   Concord, NC 28025-2954
                                                                                 TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Jamie J. Atwood Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Tammy J. Atwood Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jamie J. Atwood
Tammy J. Atwood

Chapter 13

Case No. 1:17−bk−05070−HWV

Debtor(s)

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 14, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2018 |