```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-05070-HWV
Jamie J. Atwood                                                     Chapter 13
Tammy J. Atwood
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1               User: TWilson              Page 1 of 1              Date Rcvd: Aug 20, 2018
                                   Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db/jdb         +Jamie J. Atwood,    Tammy J. Atwood,    100 Frost Road,    Gardners, PA 17324-9019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Jamie J. Atwood Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Tammy J. Atwood Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jamie J. Atwood<br>Tammy J. Atwood<br>    Debtors | | CHAPTER 13 |
| M&T Bank<br>    Movant<br>    vs. | | NO. 17-bk-05070 HWV |
| Jamie J. Atwood<br>Tammy J. Atwood<br>    Debtors | | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>    Trustee | | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby

ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: August 20, 2018

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (KB)