UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMIE J. ATWOOD
TAMMY J. ATWOOD

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-05070-HWV

JAMIE J. ATWOOD
TAMMY J. ATWOOD

Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on May 22, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 22, 2019, the Debtor(s) is/are $4664.00 in arrears with a plan payment having last been made on Mar 12, 2019

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 22, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMIE J. ATWOOD
TAMMY J. ATWOOD                      CHAPTER 13

　　　Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
　　　Movant

CASE NO:  1-17-05070-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 22, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER, PA  17331- | SERVED ELECTRONICALLY |
| JAMIE J. ATWOOD<br>TAMMY J. ATWOOD<br>100 FROST ROAD<br>GARDNERS, PA  17324 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 22, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com