In re:  
Jamie J. Atwood  
Tammy J. Atwood  
    Debtors

Case No. 17-05070-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: KADavis      Page 1 of 2      Date Rcvd: May 24, 2019  
                     Form ID: pdf010     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.

```
db/jdb         +Jamie J. Atwood,   Tammy J. Atwood,   100 Frost Road,   Gardners, PA 17324-9019
5000764        +Acc Adv Agnc,   510 N Park Rd,   Wyomissing, PA 19610-2941
5000765        +Adams Diagnostic Imaging,   20 Expedition Trail,   Suite 102,   Gettysburg, PA 17325-8599
5000766        +Advanced Disposal,   Shippensburg LC,   135 Vaughn Road,   Shippensburg, PA 17257-9727
5000767        +Bureau of Accout Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5000769         Bureau of Coleccctions & Taxpayer S,   PO Box 281210,   Harrisburg, PA 17128-1210
5005736        +CARLISLE MEDICAL GROUP LLC C/O PASI,   PO BOX 188,   BRENTWOOD, TN 37024-0188
5000770        +Caine & Weiner,   12005 Ford Road,   Dallas, TX 75234-7262
5000772        +Commercial Acceptance,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
5009684        +Cumberland County Tax Bureau,   21 Waterford Drive Suite 201,   Mechanicsburg, PA 17050-8268
5000774        +Cumberland Tax Collection Bureau,   21 Waterford Dr #201,   Mechanicsburg, PA 17050-8268
5020668         Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                 Carol Stream, IL 60197-5008
5000776        +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
5000777        +Geico,   One GEICO Plaza,   Washington, DC 20076-0005
5000778        +Lou Spivack, P.C.,   5447 E. 5th Street,   Suite 205,   Tucson, AZ 85711-2346
5020380        +Met-Ed,   FirstEnergy,   Bldg 1 Ste 1-511,   101 Crawfords Corner Rd,   Holmdel, NJ 07733-1976
5000780         MetEd,   PO BOX 3687,   Akron, OH 44309-3687
5000800         Peerless Credit Services, Inc,   PO Box 518,   Middletown, PA 17057-0518
5000801         Professional Account Services, Inc.,   PO Box 188,   Brentwood, TN 37024-0188
5000802        +Receivable Management,   240 Emery St,   Bethlehem, PA 18015-1980
5000803         Snap-On Credit LLC,   P.O. Box 1125,   Libertyville, IL 60048-4125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5000771         E-mail/Text: bmg.bankruptcy@centurylink.com May 24 2019 19:11:58     Century Link,
                 PO Box 1319,   Charlotte, NC 28201-1319
5000775        +E-mail/Text: bankruptcynotices@dcicollect.com May 24 2019 19:12:05
                 Diversified Consultants, Inc.,   Diversified Consultants, Inc.,   Po Box 551268,
                 Jacksonville, FL 32255-1268
5022954         E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2019 19:14:00     LVNV Funding,
                 c/o Resurgent Capital Services,   PO BOX 10675,   Greenville, SC 29603-0675
5000779         E-mail/Text: camanagement@mtb.com May 24 2019 19:11:50     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
5023492         E-mail/Text: camanagement@mtb.com May 24 2019 19:11:50     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
5000781        +E-mail/Text: Bankruptcies@nragroup.com May 24 2019 19:12:11     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
5000782        +E-mail/Text: bkrnotice@prgmail.com May 24 2019 19:11:54     Paragon Revenue Group,
                 216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5002324         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 19:11:54
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5000804        +E-mail/Text: bankruptcy@sw-credit.com May 24 2019 19:11:56     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
5016304        +E-mail/Text: bmg.bankruptcy@centurylink.com May 24 2019 19:11:58
                 The United Telephone Company of Pennsylvania, LLC.,   600 New Century Parkway,
                 New Century, KS 66031-1101
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
5000768*       +Bureau of Accout Managment,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill, PA 17001-8875
5000773*       +Commercial Acceptance,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
5000783*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000784*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000785*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000786*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000787*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000788*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000789*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000790*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000791*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000792*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000793*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000794*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000795*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000796*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000797*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000798*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
5000799*       +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
                                                                                TOTALS: 0, * 19, ## 0
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
          Brian C Nicholas    on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 1 Jamie J. Atwood Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 2 Tammy J. Atwood Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 6
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JAMIE J. ATWOOD<br><br>Debtor 1<br>TAMMY J. ATWOOD<br>Debtor 2<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>vs.  Movant(s)<br>JAMIE J. ATWOOD<br>TAMMY J. ATWOOD<br>Respondent(s) | Chapter: 13<br>Case No.: 1-17-bk-05070-HWV |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: May 24, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)